**FILED**
NOV 1 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) |
| | ) No. 4:22 MJ 5250 NAB |
| an Apple iPhone, believed to be an Apple iPhone 8, dark gray in color, currently located at the USPIS office located at 1106 Walnut Street, St. Louis, Missouri 63199 | ) ) **FILED UNDER SEAL** ) ) **SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS** |

## MOTION FOR SEALING ORDER

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District and moves this Court for an order directing that the search warrant, along with its application, affidavit, and return, entered by this Court be sealed until May 1, 2023, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the Government provides the following facts, establishing that (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical:

Because this investigation is ongoing and its success would be jeopardized if the contents of the affidavit were made public, the Government requests that the affidavit and the accompanying warrant documents be sealed for the stated period of time.

2

WHEREFORE, for the reasons stated above, the Government respectfully requests that the search warrant, along with its application, affidavit, and return, be sealed until May 1, 2023.

Dated this 1st day of November, 2022.

                Respectfully submitted,

                SAYLER A. FLEMING
                United States Attorney

                */s/  Kyle T. Bateman*
                KYLE T. BATEMAN, #996646DC
                Assistant United States Attorney